UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-00184-1 |
| | ) | JUDGE TRAUGER |
| | ) | |
| ERIK DAWSON | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE POSITION STATEMENT

Comes the defendant, Erik Dawson, through counsel, and respectfully requests a one day extension, to August 24, 2012, to file the position statement which is due today, August 23, 2012. Counsel is researching last minute issues that Mr. Dawson raised today while meeting with staff in our office.

WHEREFORE, Mr. Dawson requests that he be allowed to file the position statement by the close of business on August 24, 2012.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047